1  David J. Lender (*pro hac vice* pending)
   Eric S. Hochstadt (*pro hac vice* pending)
2  Kristen M. Echemendia (*pro hac vice* pending)
   WEIL, GOTSHAL & MANGES LLP
3  767 Fifth Avenue
   New York, NY 10153
4  Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
5  david.lender@weil.com
   eric.hochstadt@weil.com
6  kristen.echemendia@weil.com

7  Christopher J. Cox (Bar No. 151650)
   Liani Kotcher (Bar No. 277282)
8  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
9  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
10 Facsimile: (650) 802-3100
   chris.cox@weil.com
11 liani.kotcher@weil.com

12 *Attorneys for Defendants StubHub, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH FABOZZI, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STUBHUB, INC.,<br><br>Defendant. | Case No. 3:11-cv-6387 (EDL)<br><br>**STIPULATED REQUEST TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 15(a) and this stipulation, defendant StubHub, Inc. ("Defendant") hereby requests that the Court extend the deadline for Defendant to file a response to plaintiff Joseph Fabozzi's ("Plaintiff") Class Action Complaint to February 17, 2012, with Plaintiff's opposition to any motion to dismiss due March 9, 2012 and Defendant's reply due March 16, 2012.

1. WHEREAS on December 16, 2011, Plaintiff filed a Class Action Complaint.

2. WHEREAS Defendant has not been served with the Class Action Complaint, and, therefore, Defendant's time to respond has not started. *See* Fed. R. Civ. P. 15(a)(3).

3. WHEREAS, as a condition of this stipulation, counsel will accept service for Defendant.

3. Defendant requests that the deadline for it to file its answer or a motion to dismiss the Class Action Complaint be scheduled for February 17, 2012. Plaintiff stipulates to this request.

4. Plaintiff requests that the deadline for him to file an opposition to any motion to dismiss be scheduled for March 9, 2012. Defendant stipulates to this request.

5. Defendant requests that the deadline for it to file a reply to any opposition to its motion to dismiss be scheduled for March 16, 2012. Plaintiff stipulates to this request.

Counsel for Defendant attests under penalty of perjury that counsel for Plaintiff concurs in the filing of this stipulated request.

1 | DATED: January 9, 2012

2 | JOSEPH FABOZZI                                    STUBHUB, INC.

4 | By:_____/s/Randall S. Newman_____           By:_____/s/ Liani Kotcher_____
    RANDALL S. NEWMAN, P.C.                              WEIL GOTSHAL & MANGES LLP
5 | Randall S. Newman (Cal. Bar No. 190547)              Christopher J. Cox (Bar No. 151650)
    37 Wall Street, Penthouse D                          Liani Kotcher (Bar No. 277282)
6 | New York, NY 10005                                   201 Redwood Shores Parkway
    Telephone: (212) 797-3737                            Redwood Shores, CA 94065
7 | Facsimile: (212) 797-3172                            Telephone: (650) 802-3000
    rsn@randallnewman.net                                Facsimile: (650) 802-3100
8 |                                                      chris.cox@weil.com
                                                         liani.kotcher@weil.com
9 | *Attorneys for Plaintiff*

   David J. Lender
   (*pro hac vice* pending)
   Eric S. Hochstadt
   (*pro hac vice* pending)
   Kristen M. Echemendia
   (*pro hac vice* pending)
   767 Fifth Avenue
   New York, NY 10153
   Telephone:  (212) 310-8000
   Facsimile: (212) 310-8007
   david.lender@weil.com
   eric.hochstadt@weil.com
   kristen.echemendia@weil.com

   *Attorneys for Defendant StubHub, Inc.*

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January _19_, 2012                         _____
                                                  United States District Court Judge
                                                  Northern District of California

---

STIPULATION AND [PROPOSED]                         Case No.: 3:11-cv-6387 (EDL)
ORDER STAYING DISCOVERY            2