UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH FABOZZI, on behalf of himself and those similarly situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>STUBHUB, INC.,<br><br>               Defendant. | Case No. 11-cv-6387 (EDL)<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

1     David J. Lender, whose business address and telephone number is 767 Fifth Avenue, New York, New York 10153, (212) 310-8153, and ~~whose~~ who is an active member in good standing of the bar of New York State, U.S. Court of Appeals-Third Circuit, U.S. Court of Appeals-Second Circuit, U.S. Court of Appeals-Fourth Circuit, U.S. Supreme Court, Eastern District New York, U.S. Court of Appeals-Federal Circuit, Southern District New York, and U.S. Tax Court, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing StubHub, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in the action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: January 19, 2012

~~ELIZABETH D. LAPORTE~~
~~United States Magistrate Judge~~
MAXINE M. CHESNEY
United States District Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*     1     Case No.: 11-cv-6387 (EDL)