1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH FABOZZI, on behalf of himself and those similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>STUBHUB, INC.,<br><br>    Defendant. | Case No. 11-cv-6387 (EDL)<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

1 | David J. Lender, whose business address and telephone number is 767 Fifth
2 | Avenue, New York, New York 10153, (212) 310-8153, and ~~whose~~ who is an active member in good
3 | standing of the bar of New York State, U.S. Court of Appeals-Third Circuit, U.S. Court of
4 | Appeals-Second Circuit, U.S. Court of Appeals-Fourth Circuit, U.S. Supreme Court, Eastern
5 | District New York, U.S. Court of Appeals-Federal Circuit, Southern District New York, and U.S.
6 | Tax Court, having applied in the above-entitled action for admission to practice in the Northern
7 | District of California on a pro hac vice basis, representing StubHub, Inc.

8 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
9 | and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
10 | *hac vice*. Service of papers upon and communication with co-counsel designated in the
11 | application will constitute notice to the party. All future filings in the action are subject to the
12 | requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: January 19, 2012

~~ELIZABETH D. LAPORTE~~
~~United States Magistrate Judge~~
MAXINE M. CHESNEY
United States District Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*

1

Case No.: 11-cv-6387 (EDL)