1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH FABOZZI, on behalf of himself and those similarly situated,<br><br>                         Plaintiff,<br><br>vs.<br><br>STUBHUB, INC.,<br><br>                         Defendant. | Case No. 11-cv-6387 (EDL)<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

1    Eric S. Hochstadt, whose business address and telephone number is 767 Fifth
2    Avenue, New York, New York 10153, (212) 310-8538, and ~~whose~~ who is an active member in good
3    standing of the bar of District of New Jersey, Eastern District New York, New Jersey State, New
4    York State, Southern District of New York, U.S. Court of Appeals-Second Circuit, and U.S.
5    Supreme Court, having applied in the above-entitled action for admission to practice in the
6    Northern District of California on a pro hac vice basis, representing StubHub, Inc.

7    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
8    and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
9    *hac vice*. Service of papers upon and communication with co-counsel designated in the
10   application will constitute notice to the party. All future filings in the action are subject to the
11   requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED:  January 19, 2012

~~ELIZABETH D. LAPORTE~~
~~United States Magistrate Judge~~
MAXINE M. CHESNEY
United States District Judge