1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION
11

| | |
|---|---|
| JOSEPH FABOZZI, on behalf of himself and those similarly situated,<br><br>                        Plaintiff,<br><br>vs.<br><br>STUBHUB, INC.,<br><br>                        Defendant. | Case No. 11-cv-6387 (EDL)<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

1        Eric S. Hochstadt, whose business address and telephone number is 767 Fifth
2 Avenue, New York, New York 10153, (212) 310-8538, and ~~whose~~ who is an active member in good
3 standing of the bar of District of New Jersey, Eastern District New York, New Jersey State, New
4 York State, Southern District of New York, U.S. Court of Appeals-Second Circuit, and U.S.
5 Supreme Court, having applied in the above-entitled action for admission to practice in the
6 Northern District of California on a pro hac vice basis, representing StubHub, Inc.

7        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
8 and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
9 *hac vice*. Service of papers upon and communication with co-counsel designated in the
10 application will constitute notice to the party. All future filings in the action are subject to the
11 requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED:    January 19, 2012               /s/ Maxine M. Chesney

~~ELIZABETH D. LAPORTE~~
~~United States Magistrate Judge~~
MAXINE M. CHESNEY
United States District Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR                      Case No.: 11-cv-6387 (EDL)
ADMISSION OF ATTORNEY *PRO HAC VICE*      1