1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION
11

| | |
|---|---|
| JOSEPH FABOZZI, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STUBHUB, INC.,<br><br>Defendant. | Case No. 11-cv-6387 (EDL)<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

1   Kristen M. Echemendia, whose business address and telephone number is 767
2   Fifth Avenue, New York, New York 10153, (212) 310-8518, and ~~whose~~ who is an active member in
3   good standing of the bar of Southern District New York and New York State, having applied in
4   the above-entitled action for admission to practice in the Northern District of California on a pro
5   hac vice basis, representing StubHub, Inc.
6   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7   and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
8   *hac vice*. Service of papers upon and communication with co-counsel designated in the
9   application will constitute notice to the party. All future filings in the action are subject to the
10  requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED:  January 19, 2012

*[signature: Maxine M. Chesney]*

~~ELIZABETH D. LAPORTE~~
~~United States Magistrate Judge~~
MAXINE M. CHESNEY
United States District Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*          1                              Case No.: 11-cv-6387 (EDL)