1
2
RANDALL S. NEWMAN, P.C.
Randall S. Newman (Bar No. 190547)
37 Wall Street, Penthouse D
3
New York, NY  10005
Telephone: (212) 797-3737
4
Facsimile: (212) 797-3172
rsn@randallnewman.net
5
6
*Attorney for Plaintiff,*
*Joseph Fabozzi*
7
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10
SAN FRANCISCO DIVISION
11

12
JOSEPH FABOZZI, on behalf of himself and
those similarly situated,
13
                                    Plaintiff,
14
          vs.
15
STUBHUB, INC.,
16
                                    Defendant.
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 11-cv-6387 (MMC)

**JOINT STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND TO EXTEND DEFENDANT'S TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION AND [PROPOSED] ORDER**

Current Date:  May, 11, 2012
Time: 9:00 am
Courtroom: 7 – 19th Floor
Judge: Hon. Maxine M. Chesney

JOINT STIPULATION AND [PROPOSED]
ORER ADJOURNING TIME TO FILE OPPOSITION
AND REPLY TO DEFENDANT'S MOTION TO DISMISS

11-cv-6387 (MMC)

WHEREAS, on December 16, 2011, the Plaintiff filed a Class Action Complaint; and

WHEREAS, on January 9, 2011, the Plaintiff and the Defendant entered into a Stipulated Request to Extend Defendant's Time to Respond to Plaintiff's Class Action Complaint whereby the Parties agreed that the Defendant's deadline to file its answer or a motion to dismiss the Class Action Complaint would be February 17, 2012, the Plaintiff's opposition to the Defendant's Motion to dismiss would be due on March 9, 2012 and the Defendant's reply to any opposition would be due on March 16, 2012 and the hearing on the Defendant's motion would be on May 11, 2012; and

WHEREAS, on January 26, 2012, Your Honor issued an Order to Show Cause Why the Complaint Should Not be Dismissed for Lack of Subject Matter Jurisdiction, and the Plaintiff and the Defendant submitted briefing on that issue on February 10, 2012 and February 17, 2012, respectively; and

WHEREAS, on February 17, 2012, the Defendant filed its Motion to Dismiss Plaintiff's Class Action Complaint.

1.      The Plaintiff requests that the deadline for him to file an opposition to the Defendant's motion to dismiss be adjourned from March 9, 2012 until March 23, 2012.  The Defendant stipulates to this request.

2.      The Defendant requests that the deadline for them to file a reply to the Plaintiff's opposition to the Defendant's motion to dismiss be adjourned from March 16, 2012 until March 30, 2012.  The Plaintiff stipulates to this request.

Counsel for Plaintiff attests under penalty of perjury that counsel for Defendant concurs in the filing of this stipulated request.

JOINT STIPULATION AND [PROPOSED]
ORER ADJOURNING TIME TO FILE OPPOSITION
AND REPLY TO DEFENDANT'S MOTION TO DISMISS

11-cv-6387 (MMC)

DATED:        March 8, 2012


By:    s/ Randall S. Newman                    By:    s/ Christopher J. Cox
       RANDALL S. NEWMAN, P.C.                        WEIL GOTSHAL & MANGES LLP
       Randall S. Newman (Bar No. 190547)            David J. Lender (*pro hac vice*)
       37 Wall Street, Penthouse D                   Eric S. Hochstadt (*pro hac vice*)
       New York, NY  10005                           Kristen J. Echemendia (*pro hac vice*)
       Tel: (212) 797-3737                           767 Fifth Avenue
       Fax: (212) 797-3172                           New York, NY 10153
       rsn@randallnewman.net                         Tel: (212) 310-8000
                                                     Fax: (212) 310-8007
       *Attorney for Plaintiff,*                     david.lender@weil.com
       *Joseph Fabozzi*                              eric.hochstadt@weil.com
                                                     kristen.echemendia@weil.com

                                                     Christopher J. Cox (Bar No. 151650)
                                                     Liani Kotcher (Bar No. 277282)
                                                     201 Redwood Shores Parkway
                                                     Redwood Shores, CA 94065
                                                     Tel: (650) 802-3000
                                                     Fax: (650) 802-3100
                                                     chris.cox@weil.com
                                                     liani.kotcher@weil.com

                                                     *Attorneys for Defendant,*
                                                     *StubHub, Inc.*


                              [~~PROPOSED~~] ORDER

            Pursuant to stipulation, IT IS SO ORDERED.



Dated: March 8, 2012        _____
                            Honorable Maxine M. Chesney
                            United States District Court Judge
                            Northern District of California