RANDALL S. NEWMAN, P.C.
Randall S. Newman (Bar No. 190547)
37 Wall Street, Penthouse D
New York, NY  10005
Telephone: (212) 797-3737
Facsimile: (212) 797-3172
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Joseph Fabozzi*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH FABOZZI, on behalf of himself and those similarly situated,<br><br>                              Plaintiff,<br><br>           vs.<br><br>STUBHUB, INC.,<br><br>                              Defendant. | Case No. 11-cv-6387 (MMC)<br><br>**JOINT STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND TO EXTEND DEFENDANT'S TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION AND [PROPOSED] ORDER**<br><br>Current Date:  May, 11, 2012<br>Time: 9:00 am<br>Courtroom: 7 – 19th Floor<br>Judge: Hon. Maxine M. Chesney |

JOINT STIPULATION AND [PROPOSED]
ORER ADJOURNING TIME TO FILE OPPOSITION
AND REPLY TO DEFENDANT'S MOTION TO DISMISS

WHEREAS, on December 16, 2011, the Plaintiff filed a Class Action Complaint; and

WHEREAS, on January 9, 2011, the Plaintiff and the Defendant entered into a Stipulated Request to Extend Defendant's Time to Respond to Plaintiff's Class Action Complaint whereby the Parties agreed that the Defendant's deadline to file its answer or a motion to dismiss the Class Action Complaint would be February 17, 2012, the Plaintiff's opposition to the Defendant's Motion to dismiss would be due on March 9, 2012 and the Defendant's reply to any opposition would be due on March 16, 2012 and the hearing on the Defendant's motion would be on May 11, 2012; and

WHEREAS, on January 26, 2012, Your Honor issued an Order to Show Cause Why the Complaint Should Not be Dismissed for Lack of Subject Matter Jurisdiction, and the Plaintiff and the Defendant submitted briefing on that issue on February 10, 2012 and February 17, 2012, respectively; and

WHEREAS, on February 17, 2012, the Defendant filed its Motion to Dismiss Plaintiff's Class Action Complaint.

1. The Plaintiff requests that the deadline for him to file an opposition to the Defendant's motion to dismiss be adjourned from March 9, 2012 until March 23, 2012. The Defendant stipulates to this request.

2. The Defendant requests that the deadline for them to file a reply to the Plaintiff's opposition to the Defendant's motion to dismiss be adjourned from March 16, 2012 until March 30, 2012. The Plaintiff stipulates to this request.

Counsel for Plaintiff attests under penalty of perjury that counsel for Defendant concurs in the filing of this stipulated request.

DATED: March 8, 2012

| | | | |
|---|---|---|---|
| By: | s/ Randall S. Newman | By: | s/ Christopher J. Cox |

RANDALL S. NEWMAN, P.C.  
Randall S. Newman (Bar No. 190547)  
37 Wall Street, Penthouse D  
New York, NY 10005  
Tel: (212) 797-3737  
Fax: (212) 797-3172  
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Joseph Fabozzi*

WEIL GOTSHAL & MANGES LLP  
David J. Lender (*pro hac vice*)  
Eric S. Hochstadt (*pro hac vice*)  
Kristen J. Echemendia (*pro hac vice*)  
767 Fifth Avenue  
New York, NY 10153  
Tel: (212) 310-8000  
Fax: (212) 310-8007  
david.lender@weil.com  
eric.hochstadt@weil.com  
kristen.echemendia@weil.com

Christopher J. Cox (Bar No. 151650)  
Liani Kotcher (Bar No. 277282)  
201 Redwood Shores Parkway  
Redwood Shores, CA 94065  
Tel: (650) 802-3000  
Fax: (650) 802-3100  
chris.cox@weil.com  
liani.kotcher@weil.com

*Attorneys for Defendant,*
*StubHub, Inc.*

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: March 8, 2012

_____  
Honorable Maxine M. Chesney  
United States District Court Judge  
Northern District of California

JOINT STIPULATION AND [PROPOSED]  
ORER ADJOURNING TIME TO FILE OPPOSITION  
AND REPLY TO DEFENDANT'S MOTION TO DISMISS

11-cv-6387 (MMC)