| | |
|---|---|
| 1 | David J. Lender (*pro hac vice*) (DL-1554) |
|   | david.lender@weil.com |
| 2 | Eric S. Hochstadt (*pro hac vice*) (EH-0660) |
|   | eric.hochstadt@weil.com |
| 3 | Kristen M. Echemendia (*pro hac vice*) (KE-0781) |
|   | kristen.echemendia@weil.com |
| 4 | WEIL, GOTSHAL & MANGES LLP |
|   | 767 Fifth Avenue |
| 5 | New York, NY 10153 |
|   | Telephone:  (212) 310-8000 |
| 6 | Facsimile:  (212) 310 8007 |
| 7 | Christopher J. Cox (Bar No. 151650) |
|   | chris.cox@weil.com |
| 8 | Liani Kotcher (Bar No. 277282) |
|   | liani.kotcher@weil.com |
| 9 | WEIL, GOTSHAL & MANGES LLP |
|   | Silicon Valley Office |
| 10 | 201 Redwood Shores Parkway |
|    | Redwood Shores, CA  94065 |
| 11 | Telephone: (650) 802-3000 |
|    | Facsimile: (650) 802-3100 |

*Attorneys for Defendant StubHub, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH FABOZZI, on behalf of himself and those similarly situated,<br><br>                          Plaintiff,<br><br>vs.<br><br>STUBHUB, INC.,<br><br>                          Defendant. | Case No. 11-cv-06387 (MMC)<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [**~~PROPOSED~~**] ORDER**<br><br>Current Date: March 30, 2012<br>New Date:      June 29, 2012<br>Time:             10:30 am<br>Courtroom:    7 – 19th Floor<br>Judge:  Hon. Maxine M. Chesney |

STIPULATION AND [PROPOSED] ORDER ADJOURNING CASE MANAGEMENT CONFERENCE

Case No. 11-cv-6387 (MMC)

Case3:11-cv-06387-MMC Document30 Filed03/08/12 Page2 of 3

1       WHEREAS the Court's Case Management Conference Order, dated January 18, 2012, provides that a Case Management Conference shall be held on March 30, 2012 at 10:30 a.m. and that the parties' joint Case Management Conference Statement shall be due not less than seven (7) days before that conference;

      WHEREAS, on January 26, 2012, Your Honor issued an Order to Show Cause Why the Complaint Should Not Be Dismissed for Lack of Subject Matter Jurisdiction ("Order to Show Cause"), and Plaintiff and Defendant submitted briefing on that issue on February 10, 2012 and February 17, 2012, respectively;

      WHEREAS, on February 17, 2012, Defendant also filed a Motion to Dismiss Plaintiff's Class Action Complaint ("Motion to Dismiss"); and

      WHEREAS the parties wish to avoid burdening the Court, and avoid incurring the time and expense associated with, a Case Management Conference and a Case Management Conference Statement until after the Court resolves the Order to Show Cause and the Motion to Dismiss;

      IT IS HEREBY STIPULATED BETWEEN THE PARTIES, pursuant to L.R. 7-12, to request that the Court continue the Case Management Conference until thirty (30) days after the Court's rulings on the Order to Show Cause and the Motion to Dismiss, or, in the alternative, until June 29, 2012 at 10:30 a.m. The parties further stipulate and request that the deadline for the parties to file the joint Case Management Conference Statement be adjusted accordingly until seven (7) days prior to the new date that the Court sets for the Case Management Conference.

      There have been no other extensions of the Case Management Conference hearing date or due date of the Case Management Statement. Counsel for Defendant attests under penalty of perjury that counsel for Plaintiff concurs in the filing of this stipulated request.

STIPULATION AND [PROPOSED] ORDER ADJOURNING CASE MANAGEMENT CONFERENCE    2    Case No. 11-cv-6387 (MMC)

DATED:      March 8, 2012

| JOSEPH FABOZZI | STUBHUB, INC. |
|---|---|
| By: _____/s/Randall S. Newman_____<br>RANDALL S. NEWMAN, P.C.<br>Randall S. Newman (Cal. Bar No. 190547)<br>37 Wall Street, Penthouse D<br>New York, NY 10005<br>Telephone: (212) 797-3737<br>Facsimile: (212) 797-3172<br>rsn@randallnewman.net<br><br>*Attorneys for Plaintiff* | By:      /s/ Christopher J. Cox_____<br>WEIL GOTSHAL & MANGES LLP<br>David J. Lender  (*pro hac vice*)<br>Eric S. Hochstadt (*pro hac vice*)<br>Kristen M. Echemendia (*pro hac vice*)<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone:  (212) 310-8000<br>Facsimile: (212) 310-8007<br>david.lender@weil.com<br>eric.hochstadt@weil.com<br>kristen.echemendia@weil.com<br><br>Christopher J. Cox (Bar No. 151650)<br>Liani Kotcher (Bar No. 277282)<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br>chris.cox@weil.com<br>liani.kotcher@weil.com<br><br>*Attorneys for Defendant StubHub, Inc.* |

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The Case Management Conference, currently scheduled for March 30, 2012, is hereby CONTINUED to June 29, 2012.

Dated: March 8, 2012

_____
Honorable Maxine M. Chesney
United States District Court Judge
Northern District of California