David J. Lender (*pro hac vice*) (DL-1554)
david.lender@weil.com
Eric S. Hochstadt (*pro hac vice*) (EH-0660)
eric.hochstadt@weil.com
Kristen M. Echemendia (*pro hac vice*) (KE-0781)
kristen.echemendia@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310 8007

Christopher J. Cox (Bar No. 151650)
chris.cox@weil.com
Liani Kotcher (Bar No. 277282)
liani.kotcher@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendant StubHub, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH FABOZZI, on behalf of himself and those similarly situated,<br><br>        Plaintiff,<br><br> vs.<br><br>STUBHUB, INC.,<br><br>        Defendant. | Case No. 11-cv-06387 (MMC)<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Current Date: March 30, 2012<br>New Date:  June 29, 2012<br>Time:    10:30 am<br>Courtroom: 7 – 19th Floor<br>Judge:  Hon. Maxine M. Chesney |

1  WHEREAS the Court's Case Management Conference Order, dated January 18, 2012, provides that a Case Management Conference shall be held on March 30, 2012 at 10:30 a.m. and that the parties' joint Case Management Conference Statement shall be due not less than seven (7) days before that conference;

WHEREAS, on January 26, 2012, Your Honor issued an Order to Show Cause Why the Complaint Should Not Be Dismissed for Lack of Subject Matter Jurisdiction ("Order to Show Cause"), and Plaintiff and Defendant submitted briefing on that issue on February 10, 2012 and February 17, 2012, respectively;

WHEREAS, on February 17, 2012, Defendant also filed a Motion to Dismiss Plaintiff's Class Action Complaint ("Motion to Dismiss"); and

WHEREAS the parties wish to avoid burdening the Court, and avoid incurring the time and expense associated with, a Case Management Conference and a Case Management Conference Statement until after the Court resolves the Order to Show Cause and the Motion to Dismiss;

IT IS HEREBY STIPULATED BETWEEN THE PARTIES, pursuant to L.R. 7-12, to request that the Court continue the Case Management Conference until thirty (30) days after the Court's rulings on the Order to Show Cause and the Motion to Dismiss, or, in the alternative, until June 29, 2012 at 10:30 a.m.  The parties further stipulate and request that the deadline for the parties to file the joint Case Management Conference Statement be adjusted accordingly until seven (7) days prior to the new date that the Court sets for the Case Management Conference.

There have been no other extensions of the Case Management Conference hearing date or due date of the Case Management Statement.  Counsel for Defendant attests under penalty of perjury that counsel for Plaintiff concurs in the filing of this stipulated request.

STIPULATION AND [PROPOSED] ORDER ADJOURNING CASE MANAGEMENT CONFERENCE

2

Case No. 11-cv-6387 (MMC)

1 | DATED:      March 8, 2012

2 | JOSEPH FABOZZI                                       STUBHUB, INC.

4 | By:_____/s/Randall S. Newman_____                By:_____/s/ Christopher J. Cox_____
    RANDALL S. NEWMAN, P.C.                                 WEIL GOTSHAL & MANGES LLP
5 | Randall S. Newman (Cal. Bar No. 190547)                 David J. Lender (*pro hac vice*)
    37 Wall Street, Penthouse D                             Eric S. Hochstadt (*pro hac vice*)
6 | New York, NY 10005                                      Kristen M. Echemendia (*pro hac vice*)
    Telephone: (212) 797-3737                               767 Fifth Avenue
7 | Facsimile: (212) 797-3172                               New York, NY 10153
    rsn@randallnewman.net                                   Telephone: (212) 310-8000
8 |                                                         Facsimile: (212) 310-8007
                                                            david.lender@weil.com
9 | *Attorneys for Plaintiff*                               eric.hochstadt@weil.com
                                                            kristen.echemendia@weil.com

                                                            Christopher J. Cox (Bar No. 151650)
                                                            Liani Kotcher (Bar No. 277282)
                                                            201 Redwood Shores Parkway
                                                            Redwood Shores, CA 94065
                                                            Telephone: (650) 802-3000
                                                            Facsimile: (650) 802-3100
                                                            chris.cox@weil.com
                                                            liani.kotcher@weil.com

                                                            *Attorneys for Defendant StubHub, Inc.*

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference, currently scheduled for March 30, 2012, is hereby CONTINUED to June 29, 2012.

Dated: March 8, 2012

_____
Honorable Maxine M. Chesney
United States District Court Judge
Northern District of California

---

STIPULATION AND [PROPOSED]
ORDER ADJOURNING CASE MANAGEMENT
CONFERENCE                                    3                            Case No. 11-cv-6387 (MMC)