RANDALL S. NEWMAN, P.C.
Randall S. Newman (Bar No. 190547)
37 Wall Street, Penthouse D
New York, NY 10005
Telephone: (212) 797-3737
Facsimile: (212) 797-3172
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Joseph Fabozzi*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH FABOZZI, on behalf of himself and those similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>STUBHUB, INC.,<br><br>　　　　　　　　Defendant. | Case No. 11-cv-6387 (MMC)<br><br>**STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND TO EXTEND DEFENDANT'S TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION AND [**P̶R̶O̶P̶O̶S̶E̶D̶**] ORDER**<br><br>Current Date: May 11, 2012<br>Time: 9:00 am<br>Courtroom: 7 – 19th Floor<br>Judge: Hon. Maxine M. Chesney |

WHEREAS, on December 16, 2011, the Plaintiff filed a Class Action Complaint; and

WHEREAS, on January 9, 2011, Plaintiff and Defendant entered into a Stipulated Request to Extend Defendant's Time to Respond to Plaintiff's Class Action Complaint whereby the Parties agreed that Defendant's deadline to file its answer or a motion to dismiss the Class Action Complaint would be February 17, 2012, Plaintiff's opposition to Defendant's Motion to dismiss would be due on March 9, 2012, and Defendant's reply to any opposition would be due on March 16, 2012; and

WHEREAS, on February 17, 2012, Defendant filed its Motion to Dismiss Plaintiff's Class Action Complaint; and

WHEREAS, on March 8, 2012, the parties entered into a stipulation extending the time for Plaintiff to file his opposition to the Defendant's Motion to Dismiss from March 9, 2012 to March 23, 2012 and extending the time for Defendant to file a reply in support of its Motion to Dismiss from March 16, 2012 to March 30, 2012.

1. Plaintiff requests that the deadline for him to file an opposition to Defendant's motion to dismiss be extended from March 23, 2012 to March 26, 2012. Defendant stipulates to this request.

2. Defendant requests that the deadline for it to file a reply to Plaintiff's opposition to Defendant's motion to dismiss be extended from March 30, 2012 to April 2, 2012. Plaintiff stipulates to this request.

Counsel for Plaintiff attests under penalty of perjury that counsel for Defendant concurs in the filing of this stipulated request.

STIPULATION AND [PROPOSED]
ORDER ADJOURNING TIME TO FILE OPPOSITION
AND REPLY TO DEFENDANT'S MOTION TO DISMISS                    11-cv-6387 (MMC)

DATED: March 23, 2012

By: s/ Randall S. Newman
RANDALL S. NEWMAN, P.C.
Randall S. Newman (Bar No. 190547)
37 Wall Street, Penthouse D
New York, NY 10005
Tel: (212) 797-3737
Fax: (212) 797-3172
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Joseph Fabozzi*

By: s/ Christopher J. Cox
WEIL GOTSHAL & MANGES LLP
David J. Lender (*pro hac vice*)
Eric S. Hochstadt (*pro hac vice*)
Kristen J. Echemendia (*pro hac vice*)
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
david.lender@weil.com
eric.hochstadt@weil.com
kristen.echemendia@weil.com
Christopher J. Cox (Bar No. 151650)
Liani Kotcher (Bar No. 277282)
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000
Fax: (650) 802-3100
chris.cox@weil.com
liani.kotcher@weil.com

*Attorneys for Defendant,*
*StubHub, Inc.*

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: March 23, 2012

_____
Honorable Maxine M. Chesney
United States District Court Judge
Northern District of California