RANDALL S. NEWMAN, P.C.
Randall S. Newman (Bar No. 190547)
37 Wall Street, Penthouse D
New York, NY 10005
Telephone: (212) 797-3737
Facsimile: (212) 797-3172
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Joseph Fabozzi*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH FABOZZI, on behalf of himself and those similarly situated,<br><br>                         Plaintiff,<br><br>          vs.<br><br>STUBHUB, INC.,<br><br>                         Defendant. | Case No. 11-cv-6387 (MMC)<br><br>**STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND TO EXTEND DEFENDANT'S TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION AND [~~PROPOSED~~] ORDER**<br><br>Current Date: May 11, 2012<br>Time: 9:00 am<br>Courtroom: 7 – 19th Floor<br>Judge: Hon. Maxine M. Chesney |

WHEREAS, on December 16, 2011, the Plaintiff filed a Class Action Complaint; and

WHEREAS, on January 9, 2011, Plaintiff and Defendant entered into a Stipulated Request to Extend Defendant's Time to Respond to Plaintiff's Class Action Complaint whereby the Parties agreed that Defendant's deadline to file its answer or a motion to dismiss the Class Action Complaint would be February 17, 2012, Plaintiff's opposition to Defendant's Motion to dismiss would be due on March 9, 2012, and Defendant's reply to any opposition would be due on March 16, 2012; and

WHEREAS, on February 17, 2012, Defendant filed its Motion to Dismiss Plaintiff's Class Action Complaint; and

WHEREAS, on March 8, 2012, the parties entered into a stipulation extending the time for Plaintiff to file his opposition to the Defendant's Motion to Dismiss from March 9, 2012 to March 23, 2012 and extending the time for Defendant to file a reply in support of its Motion to Dismiss from March 16, 2012 to March 30, 2012.

1.   Plaintiff requests that the deadline for him to file an opposition to Defendant's motion to dismiss be extended from March 23, 2012 to March 26, 2012. Defendant stipulates to this request.

2.   Defendant requests that the deadline for it to file a reply to Plaintiff's opposition to Defendant's motion to dismiss be extended from March 30, 2012 to April 2, 2012. Plaintiff stipulates to this request.

Counsel for Plaintiff attests under penalty of perjury that counsel for Defendant concurs in the filing of this stipulated request.

DATED:       March 23, 2012

| | | | |
|---|---|---|---|
| By: | s/ Randall S. Newman | By: | s/ Christopher J. Cox |

RANDALL S. NEWMAN, P.C.  
Randall S. Newman (Bar No. 190547)  
37 Wall Street, Penthouse D  
New York, NY  10005  
Tel: (212) 797-3737  
Fax: (212) 797-3172  
rsn@randallnewman.net  

*Attorney for Plaintiff,*  
*Joseph Fabozzi*

WEIL GOTSHAL & MANGES LLP  
David J. Lender (*pro hac vice*)  
Eric S. Hochstadt (*pro hac vice*)  
Kristen J. Echemendia (*pro hac vice*)  
767 Fifth Avenue  
New York, NY 10153  
Tel: (212) 310-8000  
Fax: (212) 310-8007  
david.lender@weil.com  
eric.hochstadt@weil.com  
kristen.echemendia@weil.com  
Christopher J. Cox (Bar No. 151650)  
Liani Kotcher (Bar No. 277282)  
201 Redwood Shores Parkway  
Redwood Shores, CA 94065  
Tel: (650) 802-3000  
Fax: (650) 802-3100  
chris.cox@weil.com  
liani.kotcher@weil.com  

*Attorneys for Defendant,*  
 *StubHub, Inc.*

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: March 23, 2012

_____  
Honorable Maxine M. Chesney  
United States District Court Judge  
Northern District of California

STIPULATION AND [PROPOSED]  
ORDER ADJOURNING TIME TO FILE OPPOSITION  
AND REPLY TO DEFENDANT'S MOTION TO DISMISS                    11-cv-6387 (MMC)