RANDALL S. NEWMAN, P.C.
Randall S. Newman (Cal. Bar No. 190547)
37 Wall Street, Penthouse D
New York, NY  10005
Telephone: (212) 797-3737
Facsimile: (212) 797-3172
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Joseph Fabozzi*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH FABOZZI,  on behalf of himself and those similarly situated,  )  )  )  )  Plaintiff,  )  )  vs.  )  )  STUBHUB, INC.,  )  )  Defendant.  )  )  )  )  ) | Case No.: 11-cv-6387 (MMC)  **NOTICE OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), please take notice that the Plaintiff hereby dismisses the complaint filed in the above action against the Defendant, without prejudice.

Dated:  New York, New York
        March 26, 2012                    Respectfully submitted,

                                         RANDALL S. NEWMAN, P.C.

                               By:       s/ Randall S. Newman
                                         Randall S. Newman, Esq. (RN7862)
                                         37 Wall Street, PH D
                                         New York, NY  10005
                                         Tel: (212) 797-3737

                                         *Attorney for Plaintiff,*
                                         *Joseph Fabozzi*



                                         IT IS SO ORDERED

Dated: March  27  , 2012                 _____
                                         Honorable Maxine M. Chesney
                                         United States District Court Judge
                                         Northern District of California

NOTICE OF DISMISSAL – Case No. 11-cv-6387 (MMC)

2