RANDALL S. NEWMAN, P.C.
Randall S. Newman (Cal. Bar No. 190547)
37 Wall Street, Penthouse D
New York, NY  10005
Telephone: (212) 797-3737
Facsimile: (212) 797-3172
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Joseph Fabozzi*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH FABOZZI, on behalf of himself and those similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>STUBHUB, INC.,<br><br>  Defendant. | Case No.: 11-cv-6387 (MMC)<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), please take notice that the Plaintiff hereby dismisses the complaint filed in the above action against the Defendant, without prejudice.

NOTICE OF DISMISSAL – Case No. 11-cv-6387 (MMC)

1

Dated: New York, New York
       March 26, 2012                      Respectfully submitted,

                                              RANDALL S. NEWMAN, P.C.

                          By:    s/ Randall S. Newman
                                   Randall S. Newman, Esq. (RN7862)
                                   37 Wall Street, PH D
                                   New York, NY  10005
                                   Tel: (212) 797-3737

                                   *Attorney for Plaintiff,*
                                   *Joseph Fabozzi*

                                   IT IS SO ORDERED

Dated: March __27__, 2012                _____
                                   Honorable Maxine M. Chesney
                                   United States District Court Judge
                                   Northern District of California